# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

In re  Tin Ming Cheng _____ ,          Case No. _____

                    Debtor

                                                 Chapter  11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

① Environmental Control Board. 144-06 94th Ave. Jamaica NY 11435 ; Penalty ; $28,350.00

② State of New York, Unknown address ; Judgment : $2,772.00.

③ Royal Hunan Seafood Corp., 5 Greek Ln, Edison, NJ 08817, Judgment, $15,636.00

Date: 7/15/2015

/S/ Tin Ming Cheng
                    Debtor

*[Declaration as in Form 2]*