# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**In Re:**

    Tin Ming Cheng

                                       **Case No.**

                                       **Chapter** 11

               **Debtor(s)**

-----------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 07/15/2015

                         /s/ Tin Ming Cheng
                         Debtor

                         Joint Debtor

                         Attorney for Debtor