In re:                                          Case No. 15-43231-cec

Tin Ming Cheng                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1        User: amohamed        Page 1 of 2         Date Rcvd: Feb 03, 2016
                           Form ID: 309A        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2016.
```
db            +Tin Ming Cheng,   43-20 Colden Street,   Flushing, NY 11355-3934
smg           +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
               Albany, NY 12240-0001
8629318       +CitiMortgage, INC.,   c/o David A. Gallo & Associates LLP,   95-25 Queens Boulevard, 11th floor,
               Rego Park, NY 11374-4509
8624055        Citimortgage,   PO Box 6243,   Sioux Falls SD-571176243
8624056       +Environmental Control Board,   144-06 94th Avenue,   Jamaica NY 11435-4447
8624057       +Gastar Inc,   64-11 Cromwell Crescent,   Rego Park NY 11374-5020
8663710       +Jonathan Flores Coyotecatl, et al,   c/o Helen F Dalton & Associates,   69-12 Austin Street,
               Forest Hills NY 11375-4228
8624058       +NY State Dept of Taxation and Finance,   Building 9, W A Harriman Campus,
               Albany NY 12227-0001
8640758        New York City Water Board,   Department of Environmental Protection,
               Andrew Rettig, Assistant Counsel,   59-17 Junction Blvd, 13th Floor,   Flushing NY 11373-5108
8635020       +New York State Department of  Taxation and Finance,   c/o Attorney General of the,
               State of New York,   120 Broadway,24th Floor,   New York, NY 10271-0029
8629250        New York State Department of Taxation & Finance,   Bankruptcy Section,   P O Box 5300,
               Albany New York 12205-0300
8624059       +Reiner Kaiser Associates,   71-36 110th Street,   Flushing NY 11375-4850
8624665       +Royal Human Seaford Corp,   5 Greek Ln,   Edison, NJ 08817-2508
8624061       +TD Bank NA,   211 Montague Street,   Brooklyn NY 11201-3602
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ktung@kktlawfirm.com Feb 03 2016 18:22:05      Kevin K Tung,
               Kevin Kerveng Tung, P.C.,   136-20 38th Avenue,   Suite 3D,   Flushing, NY  11354
tr            +E-mail/Text: LDUC@AOL.COM Feb 03 2016 18:22:41      Gregory Messer,
               Law Offices of Gregory Messer, PLLC,   26 Court Street,   Suite 2400,
               Brooklyn, NY 11242-1124
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 03 2016 18:22:21
               Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
               U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                      TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8624667        State of New York
8685448*      +CitiMortgage, Inc.,   c/o David A. Gallo & Associates LLP,   95-25 Queens Blvd - 11th fl,
               Rego Park, NY 11374-4509
                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2016                              Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2016 at the address(es) listed below:
```
          Gregory  Messer   gremesser@aol.com,   lduc@aol.com,gmesser@messer-law.com,
           mwilliams@messer-law.com,ny54@ecfcbis.com
          Kevin K Tung    on behalf of Debtor Tin Ming  Cheng ktung@kktlawfirm.com
          Melanie Anne Sweeney   on behalf of Creditor   CitiMortgage, Inc C/O David A. Gallo & Associates
           LLP. msweeney@msgrb.com,   blink@msgrb.com,ajenkins@msgrb.com,spersichilli@msgrb.com
          Melanie Anne Sweeney   on behalf of Creditor   CitiMortgage, Inc. msweeney@msgrb.com,
           blink@msgrb.com,ajenkins@msgrb.com,spersichilli@msgrb.com
          Office of the United States Trustee   USTPRegion02.BR.ECF@usdoj.gov
          Paulina Angela Stamatelos   on behalf of Creditor   NYS Department of Taxation and Finance
           paulina.stamatelos@ag.ny.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                         TOTAL: 6

## Information to identify the case:

| | |
|---|---|
| Debtor 1 | **Tin Ming Cheng** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court | **Eastern District of New York** |
| Case number: | **1–15–43231–cec** |

Social Security number or ITIN   **xxx–xx–1776**

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

Date case filed for Chapter  **11 :**   **7/15/15**

Date case converted to Chapter  **7:**   **1/29/16**

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   Revised: 12/15

For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's Full Name** | Tin Ming Cheng | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 43–20 Colden Street<br>Flushing, NY 11355 | |
| **4. Debtor's Attorney**<br><br>Name and address | Kevin K Tung<br>Kevin Kerveng Tung, P.C.<br>136–20 38th Avenue<br>Suite 3D<br>Flushing, NY 11354 | Contact Phone (718) 939–4633<br>Email:  ktung@kktlawfirm.com |
| **5. Bankruptcy Trustee**<br><br>Name and address | Gregory Messer<br>Law Offices of Gregory Messer, PLLC<br>26 Court Street<br>Suite 2400<br>Brooklyn, NY 11242 | Contact Phone (718) 858–1474<br>Email:  gremesser@aol.com |
| **6. Meeting of Creditors** | **March 1, 2016 at 10:30 AM** | Location:<br><br>**271–C Cadman Plaza East, Room 2579 –<br>2nd Floor, Brooklyn, NY 11201–1800** |
| **7. Deadlines**<br><br>The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:**<br><br>**You must file a Complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing Deadline: 5/2/16**<br><br>**You must file a Motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to Object to Exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office:<br>271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800<br><br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. | Hours Open:<br>Monday – Friday 9:00 AM – 4:30 PM<br><br>Contact Phone (347) 394–1700<br>Date: 2/3/16 |

**For more information, see page 2 >**

| 9. | **Presumption of Abuse** | **The presumption of abuse does not arise.**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |
| --- | --- | --- |
| 10. | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| 11. | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| 12. | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| 13. | **Claims**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| 14. | **Discharge of Debts** | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) |
| 15. | **Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. |
| 16. | **Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 17. | **Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| 18. | **Form 121 Statement of Social Security #** | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| 19. | **Personal Financial Management Course** | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |