# Notice Recipients

District/Off: 0207−1          User: frandazzo          Date Created: 5/4/2016
Case: 1−15−43231−cec          Form ID: 318DF7          Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8624667    State of New York

                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr      Gregory Messer        gremesser@aol.com
aty     Kevin K Tung          ktung@kktlawfirm.com

                                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Tin Ming Cheng        43−20 Colden Street        Flushing, NY 11355
smg     NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg     NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg     NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg     Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office
        Building        201 Varick Street, Suite 1006        New York, NY 10014
8629318    CitiMortgage, INC.        c/o David A. Gallo & Associates LLP        95−25 Queens Boulevard, 11th
        floor        Rego Park, NY 11374
8685448    CitiMortgage, Inc.        c/o David A. Gallo & Associates LLP        95−25 Queens Blvd − 11th fl        Rego Park,
        NY 11374
8624055    Citimortgage        PO Box 6243        Sioux Falls SD−571176243
8624056    Environmental Control Board        144−06 94th Avenue        Jamaica NY 11435
8624057    Gastar Inc        64−11 Cromwell Crescent        Rego Park NY 11374
8624059    Gordon & Johnson,        c/o Reiner Kaiser Associates,        28−60 31st Street, 2nd Floor,        Astoria, New York
        11102
8663710    Jonathan Flores Coyotecatl, et al        c/o Helen F Dalton & Associates        69−12 Austin Street        Forest Hills
        NY 11375
8624058    NY State Dept of Taxation and Finance        Building 9, W A Harriman Campus        Albany NY 12227
8758714    NYC Office of Administrative Trials & Hearings        c/o Diana C Haines Esq        100 Church St 12th
        Floor        New York NY 10007
8640758    New York City Water Board        Department of Environmental Protection        Andrew Rettig, Assistant
        Counsel        59−17 Junction Blvd, 13th Floor        Flushing NY 11373−5108
8635020    New York State Department of Taxation and Finance        c/o Attorney General of the        State of New
        York        120 Broadway,24th Floor        New York, NY 10271
8629250    New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New
        York 12205−0300
8746704    Office of the United States Trustee for the EDNY        Brooklyn Division        201 Varick Street, Suite
        1006        New York, New York 10014
8624665    Royal Human Seaford Corp        5 Greek Ln        Edison, NJ 08817
8624061    TD Bank NA        211 Montague Street        Brooklyn NY 11201

                                                                                          TOTAL: 20